Frank Cronin (#69840)
Tiffanny Brosnan (#1184810)
Brian Mills (#216078)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendants
Vanderbeek Motors, Inc., dba AutoWest
Mazda/Subaru dba Roseville BMW, and
AutoNation, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIERACKE,<br><br>    Plaintiff,<br><br>vs.<br><br>AUTOWEST MAZDA/SUBURU;<br>ROSEVILLE BMW;<br>AUTONATION, INC., and DOES<br>1 through 10 inclusive,<br><br>    Defendants. | CASE NO. 2:04-cv-00347-MCE-GGH<br><br>HON. MORISSON C. ENGLAND, JR.<br><br>**REQUEST AND ORDER FOR DEFENDANTS VANDERBEEK MOTORS, INC., dba AUTOWEST MAZDA/SUBARU dba ROSEVILLE BMW, AND AUTONATION, INC.'S TO APPEAR BY TELEPHONE AT OSC HEARING**<br><br>Date: **August 3, 2007**<br>Time: **9:00 a.m.**<br>Crtrm: **3**<br><br>DATE OF FILING: February 19, 2004 |

TO THE HONORABLE COURT:

  Defendants Vanderbeek Motors, Inc., dba AutoWest Mazda/Subaru dba Roseville BMW and AutoNation, Inc. ("Defendants") hereby request that they be permitted to have their legal counsel appear telephonically at the August 3, 2007, OSC hearing re Failure to Arbitrate.

  Defendants' legal counsel resides and works in the Costa Mesa, California area, but will be available telephonically during the entire duration of the OSC hearing.

537214.1

Otherwise, an attorney from Defendants' counsel's office would be required to fly to Sacramento on Thursday evening and stay overnight in the Sacramento area, in order to make an appearance at 9:00 a.m. on Friday morning.  There are no flights from Orange County to Sacramento which would ensure that an attorney departing on Friday morning would be able to reach the courtroom until approximately 10:00 a.m.

Defendants' counsel respectfully requests to appear telephonically on that day.  If given permission to appear telephonically, Defendants' counsel Brian Mills will make himself available for the hearing and can be reached at (714) 427-7412.

Dated: July __, 2007                              SNELL & WILMER L.L.P.


By: _____
   Brian Mills
   Attorneys for Defendants


Good causing appearing therefore, Defendants Vanderbeek Motors, Inc., dba AutoWest Mazda/Subaru dba Roseville BMW and AutoNation, Inc., are granted permission to appear telephonically at the August 3, 2007, OSC hearing re Failure to Arbitrate, at 9:00 a.m., in Courtroom3, in the above-entitled matter.  The court is to initiate the call.

**IT IS SO ORDERED.**
DATED:

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

537214.1
- 2 -